## SMITH *against* SHARP.

Where the *ve-nue* in a cause is changed, it is not necessary to, serve the defendant with a new declaration; but only with a copy of the rule for changing the *venue:* -and the declaration on file may be altered, at any time, so as to conform to the rule.

THE COURT, in this case, said, that where the *venue* in a cause is changed, it is not necessary to serve the defendant with a copy of a new declaration, but it is sufficient to serve him with a certified copy of the rule for changing the *venue;* and he is bound to plead, as if the *venue* had been changed. The plaintiff, however, ought to alter the declaration on file, so as to make it conformable to the rule ; and we will order this to be done, at any time, so as to make the pleadings on file regular. The defendant may proceed, on his part, in the same manner precisely as if the alteration had been made ; and he cannot avail himself of the want of the alteration as an excuse, or ground of irregularity.